UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEBRA GASSMAN,    )
                  )
        Plaintiff,)
                  )
v.                )  NO. 06 C 6286
                  )
CITY OF CHICAGO,  )  JUDGE AMY ST. EVE
a municipal corporation, )  MAGISTRATE JUDGE COLE
ALEJANDRO CHAVARRIA, )
Chicago Police Officer, )
Star Number 7179, )
PETER STANTON,    )
Chicago Police Officer, )
Star Number 9412, )
SGT. MARK GOLOSINSKI, )
Chicago Police Officer, )
Star Number 1611  )  Jury Demand
ARMANDO PEREZ,    )
THOMAS YOUNG,     )
A City of Chicago EMT, )
and STEPHEN SIER, )
A City of Chicago EMT. )
                  )
        Defendants.)

## RELEASE AND SETTLEMENT AGREEMENT BETWEEN PLAINTIFF AND THE CITY OF CHICAGO[1]

Plaintiff, Debra Gassman, by one of her attorneys, Richard Dvorak, defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, defendants, Mark Golosinski, Alejandro Chavarria and Peter Stanton, by their attorney, Suyon Reed, Assistant Corporation Counsel and defendants, Thomas Young and Stephen Sier, by their attorney, Arlene Martin, Chief Assistant Corporation Counsel, herein stipulate and agree to the following:

---

[1] Defendant, Armando Perez, is not included in this Release and Settlement Agreement.

1. This action has been brought by plaintiff, Debra Gassman, against defendants City of Chicago, Mark Golosinski, Alejandro Chavarria, Peter Stanton, Thomas Young, Stephen Sier and Armando Perez, and makes certain allegations contained in plaintiff's amended complaint.

2. Defendants City of Chicago, Mark Golosinski, Alejandro Chavarria, Peter Stanton, Thomas Young, Stephen Sier deny each and every allegation of wrongdoing as stated in plaintiff Debra Gassman's amended complaint, and, further, deny liability.

3. Defendants City of Chicago, Mark Golosinski, Alejandro Chavarria, Peter Stanton, Thomas Young, Stephen Sier and Plaintiff, Debra Gassman, along with their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees. These parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and her attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any City defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff, Debra Gassman, agrees to dismiss with prejudice all of her claims against defendants City of Chicago, Mark Golosinski, Alejandro Chavarria, Peter Stanton, Thomas Young and Stephen Sier only, with each side bearing its own costs and attorneys' fees.

5. Plaintiff, Debra Gassman, accepts a settlement from defendant, City of Chicago, in the total amount of FIFTEEN THOUSAND AND NO/100 ($ 15000.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay plaintiff the total settlement amount within sixty (60) days of receipt by Corporation Counsel of a court-entered order dismissing this case with prejudice, a court-entered stipulation of dismissal, a fully executed settlement agreement and any other court-entered order necessary for the disposition of funds, whichever is received later. This sum shall be payable solely by the City of Chicago, and plaintiff and/or his attorney agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to plaintiff, his attorney, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff agrees to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, Mark Golosinski, Alejandro Chavarria, Peter Stanton, Thomas Young and Stephen Sier, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other

3

claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiff under this settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiff, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiff does hereby release and forever discharge on behalf of herself and her heirs, executors, administrators and assigns, all claims she had or has against the individual defendants, Mark Golosinski, Alejandro Chavarria, Peter Stanton, Thomas Young and Stephen Sier, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims she had, has, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or City unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, plaintiff represents that she has relied upon the advice of her attorney, who is the attorney her own choice, and that the

terms of this Release and Settlement Agreement have been interpreted, completely read and explained to her by her attorney, and that those terms are fully understood and voluntarily accepted by plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that she and her attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties to this release and settlement agreement agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

*[signature]*
Debra Gassman, plaintiff

Address: 900 N Kingbury
Chicago, IL 60610

Date of birth: 4-9-71

*SSN:_____

*[signature]*
Richard Dvorak
Attorney for plaintiff,
Debra Gassman
3859 W. 26th Street
Chicago, Illinois 60623
(773)521-1300

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: *[signature]*
Megan McGrath
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602
(312) 742-3541
Attorney No. 06288406

DATE: 06/13/07

*[signature]*
Suyon Reed

5

Attorney No. _____

DATE:_____




*Providing SSN is voluntary

Assistant Corporation Counsel
Attorney for defendants,
Mark Golosinski, Alejandro Chavarria, Peter Stanton,
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 06280973

DATE: *August 13, 2007*

*/s/ Arlene Martin/*

Arlene Martin
Chief Assistant Corporation Counsel
Attorney for defendants,
Thomas Young and Stephen Sier,
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6949
Attorney No. 06189906

DATE: 8-14-07